IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.;<br>HUAWEI DEVICE CO., LTD.;<br>HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>                     Plaintiffs,<br><br>     v.<br><br>PANOPTIS PATENT MANAGEMENT, LLC,<br><br>                     Defendant. | Civil Action No. 1:24-cv-4708-AKH |

**[PROPOSED] ORDER GRANTING HUAWEI'S MOTION FOR LEAVE TO: (1) FILE UNDER SEAL THE UNREDACTED FIRST AMENDED COMPLAINT AND (2) PUBLICLY FILE THE REDACTED FIRST AMENDED COMPLAINT**

Upon consideration of Huawei's Motion for Leave to: (1) File Under Seal the Unredacted First Amended Complaint and (2) Publicly File the Redacted First Amended Complaint, Huawei's supporting Memorandum of Law, the accompanying Declaration of Kevin J. Post, dated June 27, 2024 (the "Post Declaration"), and exhibits thereto, and good cause appearing,

IT IS HEREBY ORDERED:

1. Huawei's Motion is **GRANTED**;

2. Huawei is granted leave to file under seal Huawei's unredacted First Amended Complaint at **Exhibit A** to the Post Declaration filed in support of Huawei's Motion; and

3. Huawei is granted leave to file publicly Huawei's redacted First Amended Complaint at **Exhibit B** to the Post declaration in support of Huawei's Motion.

Dated: 7/8/, 2024

By: _____
U.S. District Judge Alvin K. Hellerstein