# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.;<br>HUAWEI DEVICE CO., LTD.;<br>HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>PANOPTIS PATENT MANAGEMENT, LLC,<br><br>Defendant. | Civil Action No. 1:24-cv-4708-AKH |

## ORDER GRANTING HUAWEI'S MOTION FOR LEAVE TO: (1) FILE UNDER SEAL THE UNREDACTED SECOND AMENDED COMPLAINT AND (2) PUBLICLY FILE THE REDACTED SECOND AMENDED COMPLAINT

Upon consideration of Huawei's Motion for Leave to: (1) File Under Seal the Unredacted Second Amended Complaint and (2) Publicly File the Redacted Second Amended Complaint, Huawei's supporting Memorandum of Law, the accompanying Declaration of Kevin J. Post, dated December 30, 2024 (the "Post Declaration"), and exhibits thereto, and good cause appearing,

IT IS HEREBY ORDERED:

1. Huawei's Motion is **GRANTED**;

2. Huawei is granted leave to file under seal Huawei's unredacted Second Amended Complaint at **Exhibit A** to the Post Declaration filed in support of Huawei's Motion; and

3. Huawei is granted leave to file publicly Huawei's redacted Second Amended Complaint at **Exhibit B** to the Post declaration in support of Huawei's Motion.

Dated: Jan 6, 2025

U.S. District Judge Alvin K. Hellerstein