**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; and HUAWEI DEVICE (SHENZHEN) CO., LTD., | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No.  1:24-cv-04708 |
| v. | ) ) ) | |
| PANOPTIS PATENT MANAGEMENT, LLC, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) ) | |
| PANOPTIS PATENT MANAGEMENT, LLC; PANOPTIS EQUITY HOLDINGS, LLC; OPTIS WIRELESS TECHNOLOGY, LLC; OPTIS CELLULAR TECHNOLOGY, LLC; and UNWIRED PLANET INTERNATIONAL LIMITED, | ) ) ) ) ) ) | |
| Counterclaim-Plaintiffs, | ) ) | |
| v. | ) ) | |
| HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; and HUAWEI DEVICE (SHENZHEN) CO., LTD., | ) ) ) | |
| Counterclaim-Defendants. | ) ) | |

**ORDER GRANTING PANOPTIS PATENT MANAGEMENT, LLC, PANOPTIS EQUITY HOLDINGS, LLC, OPTIS WIRELESS TECHNOLOGY, LLC, OPTIS CELLULAR TECHNOLOGY, LLC, AND UNWIRED PLANET INTERNATIONAL LIMITED'S NOTICE OF MOTION FOR LEAVE TO (I) FILE UNDER SEAL THEIR UNREDACTED ANSWER AND COUNTERCLAIMS TO THE SECOND AMENDED COMPLAINT AND (II) PUBLICLY FILE THEIR REDACTED ANSWER AND COUNTERCLAIMS TO THE SECOND AMENDED COMPLAINT**

Upon consideration of the Motion filed by Defendant and Counterclaim-Plaintiff PanOptis

Patent Management, LLC and Counterclaim-Plaintiffs PanOptis Equity Holdings, Inc, Optis

Wireless Technology, LLC, Optis Cellular Technology, LLC, Unwired Planet International Limited ("PanOptis") for leave to: (i) file under seal their unredacted Answer and Counterclaims to the Second Amended Complaint and (ii) file publicly their redacted Answer and Counterclaims to the Second Amended Complaint, the accompanying Memorandum of Law in Support and Declaration of Ian G. DiBernardo (the "DiBernardo Declaration") and the exhibits thereto, and good cause being shown,

IT IS HEREBY ORDERED:

1. PanOptis' Motion is GRANTED

2. PanOptis is granted leave to file under seal their unredacted Answer and Counterclaims to the Second Amended Complaint attached as Exhibit 1 to the DiBernardo Declaration.

3. PanOptis is granted leave to file publicly their redacted Answer and Counterclaims to the Second Amended Complaint attached as Exhibit 2 to the DiBernardo Declaration.

Dated: January 27, 2025

By: _____

U.S. District Judge Alvin K. Hellerstein