# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.;<br>HUAWEI DEVICE CO., LTD.;<br>HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>PANOPTIS PATENT MANAGEMENT, LLC,<br><br>Defendant. | Civil Action No. 1:24-cv-4708-AKH |
| PANOPTIS PATENT MANAGEMENT, LLC;<br>PANOPTIS EQUITY HOLDINGS, LLC; OPTIS<br>WIRELESS TECHNOLOGY, LLC; OPTIS<br>CELLULAR TECHNOLOGY, LLC; UNWIRED<br>PLANET INTERNATIONAL LIMITED,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI<br>DEVICE CO., LTD.; HUAWEI DEVICE<br>(SHENZHEN) CO., LTD.,<br><br>Counterclaim-Defendants. |  |

## [PROPOSED] ORDER GRANTING HUAWEI'S MOTION FOR LEAVE TO: 1) FILE UNDER SEAL THE UNREDACTED ANSWER TO PANOPTIS'S ANSWER AND COUNTERCLAIMS; AND (2) PUBLICLY FILE THE REDACTED ANSWER TO PANOPTIS'S ANSWER AND COUNTERCLAIMS

Upon consideration of Huawei's Motion for Leave to: (1) File Under Seal the Unredacted Answer to PanOptis's Answer and Counterclaims to Second Amended Complaint and (2) Publicly File the Redacted Answer to PanOptis's Answer and Counterclaims to Second Amended

Complaint, Huawei's supporting Memorandum of Law, the accompanying Declaration of Kevin J. Post, dated February 6, 2025 (the "Post Declaration"), and exhibits thereto, and good cause appearing,

IT IS HEREBY ORDERED:

1. Huawei's Motion is **GRANTED**;

2. Huawei is granted leave to file under seal Huawei's unredacted Answer to PanOptis's Answer and Counterclaims to Second Amended Complaint at **Exhibit A** to the Post Declaration filed in support of Huawei's Motion; and

3. Huawei is granted leave to file publicly Huawei's redacted Answer to PanOptis's Answer and Counterclaims to Second Amended Complaint at **Exhibit B** to the Post declaration in support of Huawei's Motion.

Dated: 2-6, 2025

By: _____
U.S. District Judge Alvin K. Hellerstein