# brownrudnick

IAN G. DIBERNARDO
IDiBernardo@brownrudnick.com

February 11, 2025

**The Initial Pretrial Conference scheduled for February 14, 2025 in this matter is adjourned to February 28, 2025 at 10:00 a.m. A Scheduling Order, providing dial-in information for the February 28, 2025 conference, will follow.**

**VIA ELECTRONIC FILING
COPY VIA FAX (212-805-7942)**

**/s/ Alvin K. Hellerstein, U.S.D.J.
2/12/2025**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Huawei Technologies Co., Ltd. v. PanOptis Patent Management, LLC,*
      Case No. 1:24-cv-4708-AKH (S.D.N.Y.)
      <u>*Unopposed Request for Adjournment of February 14, 2025 Status Conference*</u>

Dear Honorable Judge Hellerstein:

We represent Defendant/Counterclaim-Plaintiff PanOptis Patent Management, LLC and Counterclaim-Plaintiffs PanOptis Equity Holdings, Inc, Optis Wireless Technology, LLC, Optis Cellular Technology, LLC and Unwired Planet International Limited (collectively, "PanOptis") in the above-captioned action. On behalf of PanOptis, we respectfully request an adjournment of the status conference currently scheduled for this Friday, February 14, 2025, due to the unavailability of PanOptis's lead counsel (myself) and General Counsel, Gerard Haddad. Both Mr. Haddad and I had pre-existing plans to be traveling this Friday through next week. Mr. Haddad had planned to attend the previously scheduled status conference on December 13, 2024, before it was vacated, and would like to attend the status conference if it is rescheduled.

Plaintiffs <u>do not oppose</u> this adjournment request.

As for rescheduling the conference, counsel for PanOptis is available during the week of February 24, 2025, if that suits the Court's schedule. We understand from Plaintiffs' counsel that they also can be available that week.

This is the first request for an adjournment of a court conference in this matter. There has been one request for an extension of time in this matter: an unopposed request by PanOptis for a ten-day extension of a filing deadline, which this Court granted (ECF No. 43). There are no other dates scheduled on the docket.

Respectfully submitted,

*/s/ Ian G. DiBernardo*

Ian G. DiBernardo

cc: All Counsel (by ECF Filing)