IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; and HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>PANOPTIS PATENT MANAGEMENT, LLC,<br><br>Defendant. | Civil Action No. 1:24-cv-04708 |
| PANOPTIS PATENT MANAGEMENT, LLC; PANOPTIS EQUITY HOLDINGS, LLC; OPTIS WIRELESS TECHNOLOGY, LLC; OPTIS CELLULAR TECHNOLOGY, LLC; and UNWIRED PLANET INTERNATIONAL LIMITED,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; and HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>Counterclaim-Defendants. | |

[PROPOSED] ORDER GRANTING DEFENDANT'S AND COUNTERCLAIM PLAINTIFFS' MOTION FOR LEAVE TO (I) FILE UNDER SEAL THEIR UNREDACTED MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY FROM HUAWEI AND CERTAIN EXHIBITS TO THE DECLARATION OF IAN G. DIBERNARDO AND (II) PUBLICLY FILE THEIR REDACTED MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY FROM HUAWEI AND CERTAIN EXHIBITS TO THE DECLARATION OF IAN G. DIBERNARDO

Upon consideration of the Motion filed by Defendant and Counterclaim-Plaintiff PanOptis Patent Management, LLC and Counterclaim-Plaintiffs PanOptis Equity Holdings, Inc, Optis Wireless Technology, LLC, Optis Cellular Technology, LLC, Unwired Planet International Limited ("PanOptis") for leave to: (i) file under seal an unredacted Memorandum of Law in Support of Motion to Compel Discovery from Huawei, and certain exhibits to the Declaration of Ian G. DiBernardo and (ii) file publicly a redacted Memorandum of Law in Support of Motion to Compel Discovery from Huawei, and certain to the Declaration of Ian G. DiBernardo, the accompanying Memorandum of Law in Support and Declaration of Ian G. DiBernardo (the "DiBernardo Sealing Declaration") and the exhibits thereto, and good cause being shown,

IT IS HEREBY ORDERED:

1. PanOptis' Motion is GRANTED

2. PanOptis is granted leave to file under seal a unredacted Memorandum of Law in Support of Motion to Compel Discovery from Huawei, and exhibits A-E, and G-R to the Declaration of Ian G. DiBernardo attached as Exhibits 1 and 2 respectively to the DiBernardo Sealing Declaration.

3. PanOptis is granted leave to file publicly their redacted Memorandum of Law in Support of Motion to Compel Discovery from Huawei, and exhibits A-E, and G-R to the Declaration of Ian G. DiBernardo attached as Exhibits 3 and 4 respectively to the DiBernardo Sealing Declaration.

Dated: _____, 2025

By: _____
U.S District Judge Alvin K. Hellerstein

2