IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; HUAWEI DEVICE (SHENZHEN) CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> PANOPTIS PATENT MANAGEMENT, LLC, <br><br> Defendant. <br><br><br> PANOPTIS PATENT MANAGEMENT, LLC; PANOPTIS EQUITY HOLDINGS, LLC; OPTIS WIRELESS TECHNOLOGY, LLC; OPTIS CELLULAR TECHNOLOGY, LLC; UNWIRED PLANET INTERNATIONAL LIMITED, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; HUAWEI DEVICE (SHENZHEN) CO., LTD., <br><br> Counterclaim-Defendants. | Civil Action No. 1:24-cv-4708-AKH <br><br> Jury Trial Demanded <br><br> *So Ordered* <br> *7-22-25* <br> [signature] |

**HUAWEI'S NOTICE OF MOTION FOR LEAVE TO:**
**(1) FILE UNDER SEAL HUAWEI'S UNREDACTED OPPOSITION TO PANOPTIS'S MOTION TO COMPEL DISCOVERY FROM HUAWEI AND SUPPORTING EXHIBITS; AND (2) PUBLICLY FILE HUAWEI'S REDACTED OPPOSITION TO PANOPTIS'S MOTION TO COMPEL DISCOVERY FROM HUAWEI AND SUPPORTING EXHIBITS**

PLEASE TAKE NOTICE that Plaintiffs/Counterclaim-Defendants Huawei Technologies

Co., Ltd., Huawei Device Co., Ltd., and Huawei Device (Shenzhen) Co., Ltd. (collectively,

"Huawei"), by and through the undersigned counsel, hereby move the Court for entry of an order granting Huawei leave to: (1) file under seal the unredacted version of Huawei's Opposition to PanOptis's Motion to Compel Discovery from Huawei and supporting exhibits 1-2 and 4-7, and (2) publicly file the redacted versions of Huawei's Opposition to PanOptis's Motion to Compel Discovery from Huawei and supporting exhibits 1-2 and 4-7.

The grounds for this motion are set forth in the accompanying Memorandum of Law and Declaration of Kevin J. Post.

Dated: July 21, 2025

By: /s/ Kevin J. Post
Kevin J. Post (NY Bar No. 4382214)
Lance W. Shapiro (NY Bar No. 5397955)
Meredith E. Cox (NY Bar No. 5955174)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
kevin.post@ropesgray.com
lance.shapiro@ropesgray.com
meredith.cox@ropesgray.com

*Attorneys for Huawei*