UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:  
HUAWEI TECHNOLOGIES, CO., LTD, *et al.* :
: **ORDER REGULATING**
Plaintiffs, : **PROCEEDINGS**
   -against- :
: 24 Civ. 4708 (AKH)
PANOPTIS PATENT :
MANAGEMENT, LLC, :
:
Defendant. :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

     The Court notes an excessive volume of pretrial litigation concerning a contractual dispute between the parties. PanOptis has filed a motion to compel as to a number of discovery disputes, and has also filed a motion to dismiss, supported by a memorandum of law which suggests the motion is unlikely to succeed. Accordingly, there is a need to stop senseless litigation and put this case on a track where it can efficiently reach the merits accordingly.

     The parties are hereby ordered to appear for a status conference on Wednesday, July 30, 2025, at 10:30 a.m. in Courtroom 14D of the Daniel Patrick Moynihan U.S. Courthouse. The senior attorney in charge of each party's case shall appear at this conference.

     By July 28, 2025, the parties shall provide (via email to the email address HellersteinNYSDChambers@nysd.uscourts.gov) a joint list of the attorneys expected to appear on the record at this status conference.

         SO ORDERED.

Dated:    July 25, 2025                                              /s/ Alvin K. Hellerstein
           New York, New York                            ALVIN K. HELLERSTEIN
                                                          United States District Judge