```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
HUAWEI TECHNOLOGIES, CO., LTD, et al.                         :
                                                              :   ORDER REGULATING
                                     Plaintiffs,              :   PROCEEDINGS
      -against-                                               :
                                                              :   24 Civ. 4708 (AKH)
PANOPTIS PATENT                                               :
MANAGEMENT, LLC,                                              :
                                                              :
                                     Defendant.               :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court held a status conference on July 30, 2025 to hear argument on Defendants' pending motion to compel discovery and to regulate proceedings:

1. For the reasons stated on the record, Defendants' motion to compel discovery of July 14, 2025 (ECF No. 67) is denied, since their remaining discovery requests are not relevant to the issues in dispute.

2. By 4 p.m. EST today, Defendants shall file their full Fed. R. Civ. P. 7.1 disclosure. If this disclosure affects the Court's jurisdiction, Defendants shall immediately notify the Court.

3. Plaintiffs shall file their opposition papers to Defendants' pending motion to dismiss (ECF No. 85) by August 5, 2025. Defendants shall file their reply by August 7, 2025.

4. If the case is not dismissed, the parties shall appear for a status conference on August 26, 2025 at 2:30 p.m. in Courtroom 14D to discuss the remaining issues, and to set a briefing schedule for summary judgment. By August 21, 2025, the parties shall submit (via email to HellersteinNYSDChambers@nysd.uscourts.gov) a joint list of the attorneys expected to appear on the record at this hearing.

The Clerk of Court shall close ECF No. 67.

Dated: July 30, 2025
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge