UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                 :
HUAWEI TECHNOLOGIES, CO., LTD, *et al.*                          :      **ORDER**
                                                                 :
                                               Plaintiffs,       :
            -against-                                            :      24 Civ. 4708 (AKH)
                                                                 :
PANOPTIS PATENT                                                  :
MANAGEMENT, LLC,                                                 :
                                                                 :
                                               Defendant.        :
--------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Rule 7.1 Disclosure Statement of Defendant PanOptis Patent Management, LLC remains deficient. The disclosed owning entities, other LLCs, are not jural entities.

The motion to seal is denied except as to the individuals. All other owners are presumed to have had public filings. Redaction is permitted only as to the individuals.

As to the added counterclaim plaintiffs, the amended Disclosure Statement should state, clearly, the owners of each suing entity, separately and distinctly, until all jural entities of each owner is disclosed. The chain of disclosed entities on Defendant's Rule 7.1 Disclosure Statement culminates in two LLCs, H57 Holdings, LLC and Brevet Holdings, LLC. These are not jural entities. *See Americold Realty Trust v. Conagra Foods, Inc.*, 577 U.S. 378, 379 (2016) ("While humans and corporations can assert their own citizenship, other entities take the citizenship of their members."). Only individual owners are entitled to redaction.

Defendant shall cure these deficiencies by August 4, 2025, by filing an amended Disclosure Statement.

The Clerk of Court shall close ECF No. 97.

Dated:      July 31, 2025                          _____/s/ Alvin K. Hellerstein_____
            New York, New York                          ALVIN K. HELLERSTEIN
                                                        United States District Judge

1