IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; and HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>PANOPTIS PATENT MANAGEMENT, LLC,<br><br>    Defendant.<br>_____<br><br>PANOPTIS PATENT MANAGEMENT, LLC; PANOPTIS EQUITY HOLDINGS, LLC; OPTIS WIRELESS TECHNOLOGY, LLC; OPTIS CELLULAR TECHNOLOGY, LLC; and UNWIRED PLANET INTERNATIONAL LIMITED,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; and HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>    Counterclaim-Defendants. | Civil Action No. 1:24-cv-04708<br><br>**So ordered.**<br><br>**/s/ Alvin K. Hellerstein, U.S.D.J.**<br>**8/8/25** |

**DEFENDANT'S AND COUNTERCLAIM PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO (I) FILE UNDER SEAL THEIR UNREDACTED REPLY IN SUPPORT OF THEIR MOTION TO DISMISS AND EXHIBIT N TO THE DECLARATION OF JOSHUA A. WHITEHILL AND (II) PUBLICLY FILE THEIR REDACTED REPLY IN SUPPORT OF THEIR MOTION TO DISMISS AND EXHIBIT N TO THE DECLARATION OF JOSHUA A. WHITEHILL**

PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff PanOptis Patent Management, LLC and Counterclaim-Plaintiffs PanOptis Equity Holdings, LLC, Optis Wireless

Technology, LLC, Optis Cellular Technology, LLC, and Unwired Planet International Limited, by and through their undersigned counsel, and upon the accompanying Memorandum of Law in Support and Declaration of Ian G. DiBernardo and the exhibits thereto, hereby move this Court, before the Honorable Alvin K. Hellerstein, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY, for an order granting them leave to: (i) file under seal an unredacted Reply in Support of Their Motion to Dismiss and Exhibit N to the Declaration of Joshua A. Whitehill and (ii) file publicly a redacted Reply in Support of Their Motion to Dismiss and Exhibit N to the Declaration of Joshua A. Whitehill.

Date:   August 7, 2025

Respectfully submitted,

By: __/s/ Ian G. DiBernardo__

Ian G. DiBernardo
Jason M. Sobel
Joshua A. Whitehill
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Tel.:  212.209.4800
Email: idibernardo@brownrudnick.com
Email: jsobel@brownrudnick.com
Email: jwhitehill@brownrudnick.com