UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
HUAWEI TECHNOLOGIES, CO., LTD, *et al.* :
: **ORDER REGULATING**
Plaintiffs, : **PROCEEDINGS**
-against- :
: 24 Civ. 4708 (AKH)
PANOPTIS PATENT :
MANAGEMENT, LLC, :
:
Defendant. :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

On August 26, 2025, the Court held a status conference to set a briefing schedule for summary judgment motions. Any opening briefs shall be filed by October 10, 2025. Opposition papers shall be filed by October 31, 2025. Replies shall be filed by November 12, 2025. No adjournments of these dates will be given.

The status conference previously scheduled for September 19, 2025 is hereby adjourned *sine die*.

SO ORDERED.

Dated:  August 26, 2025                                 /s/ Alvin K. Hellerstein
        New York, New York                          ALVIN K. HELLERSTEIN
                                                    United States District Judge