IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.;<br>HUAWEI DEVICE CO., LTD.;<br>HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>PANOPTIS PATENT MANAGEMENT, LLC,<br><br>Defendant. | Civil Action No. 1:24-cv-4708-AKH<br><br>Jury Trial Demanded |
| PANOPTIS PATENT MANAGEMENT, LLC;<br>PANOPTIS EQUITY HOLDINGS, LLC; OPTIS<br>WIRELESS TECHNOLOGY, LLC; OPTIS<br>CELLULAR TECHNOLOGY, LLC; UNWIRED<br>PLANET INTERNATIONAL LIMITED,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI<br>DEVICE CO., LTD.; HUAWEI DEVICE<br>(SHENZHEN) CO., LTD.,<br><br>Counterclaim-Defendants. | *So ordered*<br>*10-16-25*<br>*[signature]* |

**ORDER GRANTING HUAWEI'S MOTION FOR LEAVE TO:
(1) FILE UNDER SEAL UNREDACTED VERSIONS OF HUAWEI'S MEMORANDUM
OF LAW ISO ITS MOTION FOR SUMMARY JUDGMENT, SUPPORTING EXHIBITS,
AND STATEMENT OF UNDISPUTED FACTS, AND; (2) PUBLICLY FILE REDACTED
VERSIONS OF HUAWEI'S MEMORANDUM OF LAW ISO ITS MOTION FOR
<u>SUMMARY JUDGMENT AND STATEMENT OF UNDISPUTED FACTS</u>**

Upon consideration of Huawei's Motion for Leave to: (1) File Under Seal Unredacted Versions of Huawei's Memorandum of Law in Support of its Motion for Summary Judgment,

Supporting Exhibits, and Statement of Undisputed Facts, and; (2) Publicly File Redacted Version of Huawei's Memorandum of Law in Support of its Motion for Summary Judgment and Statement of Undisputed Facts, the accompanying Declaration of Lance W. Shapiro, dated October 10, 2025 (the "Shapiro Exhibits Declaration"), and exhibits thereto, and good cause appearing,

IT IS HEREBY ORDERED:

1. Huawei's Motion is **GRANTED**;

2. Huawei is granted leave to file under seal Huawei's unredacted Memorandum of Law in Support of its Motion for Summary Judgment, supporting Exhibits 1-7, 9-10, 12-35 to the Shapiro Exhibits Declaration, and Statement of Undisputed Facts; and

3. Huawei is granted leave to file publicly Huawei's redacted Memorandum of Law in Support of its Motion for Summary Judgment and Statement of Undisputed Facts.

Dated: _____, 2025        By: _____
                                  U.S. District Judge Alvin K. Hellerstein