IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; and HUAWEI DEVICE (SHENZHEN) CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> PANOPTIS PATENT MANAGEMENT, LLC, <br><br> Defendant. <br><br>——————————————— <br><br> PANOPTIS PATENT MANAGEMENT, LLC; PANOPTIS EQUITY HOLDINGS, LLC; OPTIS WIRELESS TECHNOLOGY, LLC; OPTIS CELLULAR TECHNOLOGY, LLC; and UNWIRED PLANET INTERNATIONAL LIMITED, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; and HUAWEI DEVICE (SHENZHEN) CO., LTD., <br><br> Counterclaim-Defendants. | Civil Action No. 1:24-cv-04708-AKH |

**ORDER GRANTING PANOPTIS'S MOTION FOR LEAVE TO (I) FILE UNDER SEAL THEIR UNREDACTED MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO STRIKE HUAWEI'S CONTENTION THAT IT UNJUSTIFIABLY WITHHELD UNTIL THE FINAL DAY OF FACT DISCOVERY AND (II) PUBLICLY FILE THEIR REDACTED MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO STRIKE HUAWEI'S CONTENTION THAT IT UNJUSTIFIABLY WITHHELD UNTIL THE FINAL DAY OF FACT DISCOVERY**

Upon consideration of the Motion filed by Defendant and Counterclaim-Plaintiff PanOptis Patent Management, LLC and Counterclaim-Plaintiffs PanOptis Equity Holdings, LLC, Optis Wireless Technology, LLC, Optis Cellular Technology, LLC, Unwired Planet International Limited ("PanOptis") for leave to: (i) file under seal an unredacted Memorandum of Law in Support of Motion to Strike Huawei's Contention that it Unjustifiably Withheld Until the Final Day of Fact Discovery and (ii) file publicly a redacted Memorandum of Law in Support of Motion to Strike Huawei's Contention that it Unjustifiably Withheld Until the Final Day of Fact Discovery, and good cause being shown,

IT IS HEREBY ORDERED:

1. PanOptis' Motion is GRANTED [and a courtesy copy to chambers]
2. PanOptis is granted leave to file under seal an unredacted Memorandum of Law in Support of Motion to Strike Huawei's Contention that it Unjustifiably Withheld Until the Final Day of Fact Discovery.
3. PanOptis is granted leave to file publicly their redacted Memorandum of Law in Support of Motion to Strike Huawei's Contention that it Unjustifiably Withheld Until the Final Day of Fact Discovery.

Dated: 10-21-25

By: _____
U.S. District Judge Alvin K. Hellerstein