IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.;<br>HUAWEI DEVICE CO., LTD.;<br>HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>PANOPTIS PATENT MANAGEMENT, LLC,<br><br>Defendant. | Civil Action No. 1:24-cv-4708-AKH<br><br>Jury Trial Demanded |
| PANOPTIS PATENT MANAGEMENT, LLC;<br>PANOPTIS EQUITY HOLDINGS, LLC; OPTIS<br>WIRELESS TECHNOLOGY, LLC; OPTIS<br>CELLULAR TECHNOLOGY, LLC; UNWIRED<br>PLANET INTERNATIONAL LIMITED,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI<br>DEVICE CO., LTD.; HUAWEI DEVICE<br>(SHENZHEN) CO., LTD.,<br><br>Counterclaim-Defendants. | |

**HUAWEI'S NOTICE OF MOTION TO
<u>REDACT TRANSCRIPT OF PROCEEDINGS</u>**

PLEASE TAKE NOTICE that Plaintiffs / Counterclaim-Defendants Huawei Technologies Co., Ltd.; Huawei Device Co., Ltd.; and Huawei Device (Shenzhen) Co., Ltd., by and through the undersigned counsel, hereby move the Court for entry of an Order redacting a limited portion of the transcript of the July 30, 2025 hearing in this action to preserve the confidentiality of the parties' confidential and proprietary information. The grounds for this motion are set forth in the accompanying Memorandum of Law and Declaration of Lance W. Shapiro.

Huawei moves to redact the following portions of the hearing transcript:

- Page 6, line 10: first two words

Defendant and Counterclaim-Plaintiffs do not oppose Plaintiffs'/Counterclaim-Defendants' requested relief.

Huawei further moves to file under seal the Declaration of Lance W. Shapiro, which includes proposed redactions of the July 30, 2025 hearing transcript appended thereto.

Dated: October 27, 2025　　　　　　By: */s/ Kevin J. Post*
　　　　　　　　　　　　　　　　　Kevin J. Post (NY Bar No. 4382214)
　　　　　　　　　　　　　　　　　Lance W. Shapiro (NY Bar No. 5397955)
　　　　　　　　　　　　　　　　　Patrick J. Lavery (NY Bar No. 5952783)
　　　　　　　　　　　　　　　　　**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
　　　　　　　　　　　　　　　　　30 Rockefeller Plaza
　　　　　　　　　　　　　　　　　New York, NY 10112
　　　　　　　　　　　　　　　　　Telephone: (212) 653-8700
　　　　　　　　　　　　　　　　　kpost@sheppardmullin.com
　　　　　　　　　　　　　　　　　lshapiro@sheppardmullin.com
　　　　　　　　　　　　　　　　　plavery@sheppardmullin.com

　　　　　　　　　　　　　　　　　Matthew J. Rizzolo (NY Bar No. 4661344)
　　　　　　　　　　　　　　　　　**ROPES & GRAY LLP**
　　　　　　　　　　　　　　　　　2099 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　Washington, DC 20006-6807
　　　　　　　　　　　　　　　　　Telephone: (202) 508-4600
　　　　　　　　　　　　　　　　　matthew.rizzolo@ropesgray.com

　　　　　　　　　　　　　　　　　*Attorneys for Huawei*

So ordered.

*/s/ Alvin K. Hellerstein*
U.S.D.J
October 27, 2025

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I caused a true and correct copy of the foregoing document to be served in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court upon the following parties and participants:

>Ian G. DiBernardo
>Jason M. Sobel
>Joshua A. Whitehill
>BROWN RUDNICK LLP
>Seven Times Square
>New York, NY 10036
>Tel.: 212.209.4800
>Email: idibernardo@brownrudnick.com
>Email: jsobel@brownrudnick.com
>Email: jwhitehill@brownrudnick.com
>
>*Attorneys for PanOptis*

/s/ Kevin J. Post
Kevin J. Post

3