**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>PANOPTIS PATENT MANAGEMENT, LLC,<br><br>Defendant. | Civil Action No. 1:24-cv-4708-AKH<br><br>Jury Trial Demanded |
| PANOPTIS PATENT MANAGEMENT, LLC; PANOPTIS EQUITY HOLDINGS, LLC; OPTIS WIRELESS TECHNOLOGY, LLC; OPTIS CELLULAR TECHNOLOGY, LLC; UNWIRED PLANET INTERNATIONAL LIMITED,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>Counterclaim-Defendants. |  |

**[~~PROPOSED~~] ORDER GRANTING HUAWEI'S MOTION FOR LEAVE TO:
(1) FILE UNDER SEAL UNREDACTED VERSIONS OF HUAWEI'S OPPOSITION TO
PANOPTIS'S MOTION TO STRIKE HUAWEI'S CONTENTION AND SUPPORTING
EXHIBITS, AND; (2) PUBLICLY FILE A REDACTED VERSION OF HUAWEI'S
OPPOSITION TO PANOPTIS'S MOTION TO STRIKE HUAWEI'S CONTENTION**

Upon consideration of Huawei's Motion for Leave to: (1) File Under Seal Unredacted

Versions of Huawei's Opposition to PanOptis's Motion to Strike Huawei's Contention and

Supporting Exhibits, and; (2) Publicly File a Redacted Version of Huawei's Opposition to PanOptis's Motion to Strike Huawei's Contention, and good cause appearing,

IT IS HEREBY ORDERED:

1. Huawei's Motion is **GRANTED**;

2. Huawei is granted leave to file under seal Huawei's unredacted Opposition to PanOptis's Motion to Strike Huawei's Contention and supporting Exhibits 1-8 to the Shapiro Exhibits Declaration; and

3. Huawei is granted leave to file publicly Huawei's redacted Opposition to PanOptis's Motion to Strike Huawei's Contention.

Dated: **10·28**, 2025          By _____

U.S. District Judge Alvin K. Hellerstein