IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; and HUAWEI DEVICE (SHENZHEN) CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> PANOPTIS PATENT MANAGEMENT, LLC, <br><br> Defendant. | Civil Action No. 1:24-cv-04708-AKH |
| PANOPTIS PATENT MANAGEMENT, LLC; PANOPTIS EQUITY HOLDINGS, LLC; OPTIS WIRELESS TECHNOLOGY, LLC; OPTIS CELLULAR TECHNOLOGY, LLC; and UNWIRED PLANET INTERNATIONAL LIMITED, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; and HUAWEI DEVICE (SHENZHEN) CO., LTD., <br><br> Counterclaim-Defendants. | |

**ORDER GRANTING DEFENDANT'S AND COUNTERCLAIM PLAINTIFFS' MOTION FOR LEAVE TO (I) FILE UNDER SEAL THEIR UNREDACTED REPLY IN SUPPORT OF ITS MOTION TO STRIKE HUAWEI'S CONTENTION THAT IT UNJUSTIFIABLY WITHHELD UNTIL THE FINAL DAY OF FACT DISCOVERY AND (II) PUBLICLY FILE THEIR REDACTED REPLY IN SUPPORT OF ITS MOTION TO STRIKE HUAWEI'S CONTENTION THAT IT UNJUSTIFIABLY WITHHELD UNTIL THE FINAL DAY OF FACT DISCOVERY**

Upon consideration of the Motion filed by Defendant and Counterclaim-Plaintiff PanOptis Patent Management, LLC and Counterclaim-Plaintiffs PanOptis Equity Holdings, LLC, Optis Wireless Technology, LLC, Optis Cellular Technology, LLC, Unwired Planet International Limited ("PanOptis") for leave to: (i) file under seal their unredacted Reply in Support of Motion to Strike Huawei's Contention that it Unjustly Withheld Until the Final Day of Fact Discovery and (ii) file publicly a redacted Reply in Support of Motion to Strike Huawei's Contention that it Unjustly Withheld Until the Final Day of Fact Discovery, the accompanying Memorandum of Law in Support and Declaration of Ian G. DiBernardo, and good cause being shown,

IT IS HEREBY ORDERED:

1. PanOptis' Motion is GRANTED

2. PanOptis is GRANTED leave to file under seal an unredacted Reply in Support of Motion to Strike Huawei's Contention that it Unjustly Withheld Until the Final Day of Fact Discovery.

3. PanOptis is granted leave to file publicly their redacted Reply in Support of Motion to Strike Huawei's Contention that it Unjustly Withheld Until the Final Day of Fact Discovery

Dated: 10-30 2025

By: _____
U.S. District Judge Alvin K. Hellerstein