IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.;<br>HUAWEI DEVICE CO., LTD.;<br>HUAWEI DEVICE (SHENZHEN) CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>PANOPTIS PATENT MANAGEMENT, LLC,<br><br>Defendant. | Civil Action No. 1:24-cv-4708-AKH<br><br>Jury Trial Demanded |
| PANOPTIS PATENT MANAGEMENT, LLC;<br>PANOPTIS EQUITY HOLDINGS, LLC; OPTIS<br>WIRELESS TECHNOLOGY, LLC; OPTIS<br>CELLULAR TECHNOLOGY, LLC; UNWIRED<br>PLANET INTERNATIONAL LIMITED,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI<br>DEVICE CO., LTD.; HUAWEI DEVICE<br>(SHENZHEN) CO., LTD.,<br><br>Counterclaim-Defendants. | |

**ORDER GRANTING HUAWEI'S MOTION FOR LEAVE TO:
(1) FILE UNDER SEAL AN UNREDACTED VERSION OF HUAWEI'S REPLY IN
SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT;
(2) PUBLICLY FILE A REDACTED VERSION OF HUAWEI'S REPLY IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Huawei's Motion for Leave to: (1) File Under Seal An Unredacted

Version of Huawei's Reply in Support of its Motion for Summary Judgment; and (2) Publicly File

Redacted a Version of Huawei's Reply in Support of its Motion for Summary Judgment, and good cause appearing,

IT IS HEREBY ORDERED:

1. Huawei's Motion is **GRANTED**;

2. Huawei is granted leave to file under seal Huawei's unredacted Reply in Support of its Motion for Summary Judgment; and

3. Huawei is granted leave to file publicly Huawei's redacted Reply in Support of its Motion for Summary Judgment.

Dated: 11/13, 2025

By: _____
U.S. District Judge Alvin K. Hellerstein