IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; and HUAWEI DEVICE (SHENZHEN) CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> PANOPTIS PATENT MANAGEMENT, LLC, <br><br> Defendant. | Civil Action No. 1:24-cv-04708-AKH |
| PANOPTIS PATENT MANAGEMENT, LLC; PANOPTIS EQUITY HOLDINGS, LLC; OPTIS WIRELESS TECHNOLOGY, LLC; OPTIS CELLULAR TECHNOLOGY, LLC; and UNWIRED PLANET INTERNATIONAL LIMITED, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI DEVICE CO., LTD.; and HUAWEI DEVICE (SHENZHEN) CO., LTD., <br><br> Counterclaim-Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S AND COUNTERCLAIM-PLAINTIFFS' MOTION TO REDACT TRANSCRIPT**

Upon consideration of the Motion filed by Defendant and Counterclaim-Plaintiffs PanOptis Patent Management, LLC and Counterclaim-Plaintiffs PanOptis Equity Holdings, LLC, Optis Wireless Technology, LLC, Optis Cellular Technology, LLC, Unwired Planet International Limited ("PanOptis") for an order redacting limited portions of the transcript of the August 26,

2025 status conference (the "Status Conference Transcript"), the accompanying Memorandum of Law in Support, and Declaration of Ian G. DiBernardo dated November 12, 2025 and the exhibit annexed thereto, and good cause being shown,

IT IS HEREBY ORDERED:

1. PanOptis's Motion is GRANTED

2. PanOptis is GRANTED leave to file under seal the Declaration of Ian G. DiBernardo attaching the proposed redactions of the Status Conference Transcript.

3. The following portions of the Status Conference Transcript shall be REDACTED:

    - Page 3: line 25 (first two words)
    - Page 4: lines 4 (last three words) – 6 (in full)
    - Page 4: lines 12 (last four words) – 13 (first three words)
    - Page 5: lines 10 (last four words) – 14 (in full)
    - Page 8: lines 23 (last three words) – 24 (first three words)

Dated: 11/13, 2025

By: _____
U.S. District Judge Alvin K. Hellerstein