**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
HUA WEI TECHNOLOGIES CO., LTD.;
HUAWEI DEVICE CO., LTD.; and HUAWEI
DEVICE (SHENZHEN) CO., LTD.,

                    Plaintiffs,

     -against-

PANOPTIS PATENT MANAGEMENT, LLC,

                   Defendant.
-------------------------------------------------------------------X
PANOPTIS PATENT MANAGEMENT, LLC;
PANOPTIS EQUITY HOLDINGS, LLC; OPTIS
WIRELESS TECHNOLOGY, LLC; OPTIS
CELLULAR TECHNOLOGY, LLC; and UNWIRED
PLANET INTERNATIONAL LIMITED,

             Counterclaim-Plaintiffs,

     -against-

HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI
DEVICE CO., LTD.; and HUAWEI DEVICE
(SHENZHEN) CO., LTD.,

             Counterclaim-Defendants.
-------------------------------------------------------------------X

24 **CIVIL** 4708 (AKH)

# <u>JUDGMENT</u>

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Opinion and Order dated January 29, 2026, the Court declares, pursuant to Huawei's complaint, that the

contract condition under Section 6.1(b)(ii) has not been satisfied, and Huawei is not required to pay the $25

million contingent payment thereunder. Judgment is entered in favor of Huawei, taxes and costs in favor of

Huawei; accordingly, the case is closed.

**Dated:**  New York, New York

     February 2, 2026

                                 **TAMMI M. HELLWIG**
                             _____
                                  **Clerk of Court**
           **BY:**          K. mango

                                 _____
                                  **Deputy Clerk**