UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                             :

HUAWEI TECHNOLOGIES CO., LTD, et al,   :   **ORDER SEALING**
                     Plaintiffs,   :   **TRANSCRIPTS**
     -against-                  :
                             :

PANOPTIS PATENT MANAGEMENT, LLC,   :   24 Civ. 4708 (AKH)
                             :

                 Defendant.   :
                             :

------------------------------------------------------------- X

------------------------------------------------------------- X
                             :

PANOPTIS PATENT MANAGEMENT, LLC, et
al,                              :
            Counterclaim-Plaintiffs,   :
                             :

     -against-                  :
                             :

HUAWEI TECHNOLOGIES CO., LTD, et al,   :
                             :

           Counterclaim-Defendants.   :
                             :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Pursuant to my prior orders granting the parties' motions to redact the July 30, 2025

hearing transcript (ECF No. 131, 185) and August 26, 2025 status conference transcript (ECF No.

165, 233), the Clerk of Court shall strike and seal the transcripts at ECF Nos. 131 and 165 to the

Selected Parties viewing level.


      SO ORDERED.

Dated:     March 2, 2026              _____/s/ Alvin K. Hellerstein_____
           New York, New York          ALVIN K. HELLERSTEIN
                                   United States District Judge